**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Action No.  14-cv-01842-LTB-NYW

CITY OF MANITOU SPRINGS,

       Plaintiff,

v.

THE STANDARD FIRE INSURANCE COMPANY,

       Defendant.

_____

**ORDER**
_____

THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice (Doc 22 - filed April 16, 2015), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                         BY THE COURT:

                           s/Lewis T. Babcock
                         Lewis T. Babcock, Judge

DATED:  April 17, 2015